IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARLIS DALE GREATHOUSE　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #133023

v.　　　　　　　　　　　No: 5:18-cv-00285 JM-PSH

ARKANSAS DEPARTMENT OF
CORRECTION, *et al.*　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Greathouse's Eighth Amendment deliberate indifference claims will proceed.

2. Greathouse's due process claims are dismissed.

3. All defendants other than Compton are dismissed from the case.

DATED this 3rd day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE