IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARLIS DALE GREATHOUSE                                                                PLAINTIFF
ADC #133023

v.                              No: 5:18-cv-00285 JM-PSH

DONALD COMPTON                                                                        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition (Doc. No. 24) submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Compton's motion to dismiss (Doc. No. 11) is denied.

DATED this 18th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE