# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

ARLIS DALE GREATHOUSE                                                                PLAINTIFF
ADC #133023

v.                                    No: 5:18-cv-00285 JM

DONALD COMPTON                                                                      DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After carefully considering the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that Compton's motion for summary judgment (Doc. No. 29) is granted. Greathouse's claims are dismissed without prejudice for failure to exhaust available administrative remedies.

DATED this 7th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE