IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ARLIS DALE GREATHOUSE                                                    PLAINTIFF
ADC #133023

v.                                    No: 5:18-cv-00285 JM

DONALD COMPTON                                                           DEFENDANT

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 7th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE